AUGUSTUS H. SKILLIN, as Trustee of DAVID MAIBRUNN, a Bankrupt, Respondent, *v.* DAVID MAIBRUNN et al., Appellants, Impleaded with Others.

*Skillin* v. *Maibrunn*, 75 App. Div. 588, affirmed.
(Argued October 23, 1903; decided November 10, 1903.)

APPEAL from a judgment, entered January 23, 1903, upon an order of the Appellate Division of the Supreme Court in the first judicial department, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Jacob Fromme* for appellants.

*Charles Goldzier* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.